ANDERSON YEH PC
  Edward M. Anderson (STATE BAR NO. 198183)
  Regina Yeh (STATE BAR NO. 266019)
401 Wilshire Boulevard, 12th Floor
Santa Monica, California  90401
Telephone: (310) 496-4270  Facsimile: (888) 744-0317
edward@andersonyehlaw.com
regina@andersonyehlaw.com

Attorneys for Plaintiff
ALCON ENTERTAINMENT, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALCON ENTERTAINMENT, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMOBILES PEUGEOT SA, a France societe anonyme; ISABEL SALAS MENDEZ, an individual; PUBLICIS MEDIA FRANCE, S.A., a France societe anonyme; PUBLICIS GROUPE, S.A., a France societe anonyme; HERVE MONTRON, an individual; MAMOU SISSOKO, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-00245 CJC (AFMx)<br><br>Hon. Cormac J. Carney – District Judge<br><br>Hon. Alexander F. MacKinnon – Magistrate Judge<br><br>**PLAINTIFF ALCON ENTERTAINMENT, LLC'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS PUBLICIS GROUPE, S.A., HERVE MONTRON AND MAMOU SISSOKO PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(i)**<br><br>Action Filed: January 10, 2019<br>Trial Date:     None Set |

---

DISMISSAL OF CERTAIN DEFENDANTS PURSUANT TO RULE 41 OF FED. R. CIV. PROC.

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff ALCON ENTERTAINMENT, LLC ("Plaintiff") hereby voluntarily dismisses defendants PUBLICIS GROUPE, S.A., HERVE MONTRON and MAMOU SISSOKO (together "Dismissed Defendants") from this action, without prejudice.

None of the Dismissed Defendants has answered Plaintiff's First Amended Complaint nor filed a motion for summary judgment. Accordingly, each of the Dismissed Defendants may be dismissed without prejudice without an order from the Court.

Dated: June 18, 2019

ANDERSON YEH PC

By: */s/ Edward M. Anderson*
Edward M. Anderson
Regina Yeh
Attorneys for Plaintiff
ALCON ENTERTAINMENT, LLC

- 1 -
DISMISSAL OF CERTAIN DEFENDANTS PURSUANT TO RULE 41 OF FED. R. CIV. PROC.