STEPTOE & JOHNSON LLP
Robyn Crowther (State Bar No. 193840)
633 West Fifth Street, Suite 1900
Los Angeles, California 90071
Telephone: (310) 439-9400
Facsimile: (310) 439-9599
rcrowther@steptoe.com

Michael Dockterman (*admitted pro hac vice*)
Mikiko Thelwell (*admitted pro hac vice*)
115 South LaSalle Street, Suite 3100
Chicago, Illinois 60603
Telephone: (312) 577 1300
Facsimile: (312) 577-1370
mdockterman@steptoe.com
mthelwell@steptoe.com

Attorneys for Defendant PUBLICIS MEDIA FRANCE, S.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALCON ENTERTAINMENT, LLC, a Delaware limited company,<br><br>Plaintiff,<br>v.<br><br>AUTOMOBILES PEUGEOT SA, a France societé anonyme; et al.,<br><br>Defendants. | CASE NO. 2:19-cv-00245 CJC (AFMx)<br><br>Hon. Cormac J. Carney<br><br>**PUBLICIS MEDIA FRANCE, S.A'S FED. R. CIV. P. 12(B)(2) NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISIDICTION**<br><br>[*Memorandum in Support of Rule 12(B)(2) Motion; Declarations of Gautier Picquet And Mamou Sissoko, and [Proposed] Order filed concurrently herewith*]<br><br>**Hearing:** August 26, 2019<br>**Time:** 1:30 p.m.<br>**Courtroom:** 7C |

## NOTICE OF MOTION AND MOTION TO DISMISS

PLEASE TAKE NOTICE that on August 26, 2019, at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable Judge Cormac J. Carney, in Courtroom 7C of the United States District Courthouse for the Central District of California, Western Division, 350 W 1st Street, Los Angeles, California, Defendant Publicis Media France, S.A. will and hereby does move to dismiss Plaintiff's First Amended Complaint (ECF No. 8) against it under Federal Rule of Civil Procedure 12(b)(2).

This motion is made on the grounds that the Court lacks personal jurisdiction over Publicis Media France, S.A.  This motion will be and is based on this Notice of Motion and Motion, the accompanying Memorandum in Support of Rule 12(b)(2) Motion to Dismiss, the Declarations of Gautier Picquet and Mamou Sissoko, the pleadings and papers filed herein, and the argument of counsel at the time of hearing.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on June 11, 2019.

Dated: June 18, 2019

STEPTOE & JOHNSON LLP

By   /s/ Robyn C. Crowther
       Robyn Crowther

633 West Fifth Street, Suite 1900
Los Angeles, California 90071
Telephone: (310) 439-9400

Michael Dockterman (*admitted pro hac vice*)
Mikiko Thelwell (*admitted pro hac vice*)
115 South LaSalle Street, Suite 3100
Chicago, Illinois 60603
Telephone: (312) 577-1300

*Attorneys for Publicis Media France, S.A.*